S. Peter Serrano
United States Attorney
Eastern District of Washington
Alison L. Gregoire
Assistant United States Attorney
Post Office Box 1494
Spokane, WA 99210-1494
Telephone: (509) 353-2767

FILED IN THE U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

OCT 09 2025

SEAN F. McAVOY, CLERK
SPOKANE, WASHINGTON

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CAMERON LEN GAUNT,<br><br>Defendant. | INDICTMENT  2:25-cr-00147-MKD<br><br>Vio.: 18 U.S.C. § 2113(a)<br>Bank Robbery<br><br>18 U.S.C. § 981(a)(1)(C),<br>28 U.S.C. § 2461(c)<br>Forfeiture Allegations |

The Grand Jury charges:

On or about September 12, 2025, in the Eastern District of Washington, the Defendant, CAMERON LEN GAUNT, did, by intimidation, take from the presence of a bank teller United States currency belonging to and in the care, custody, control, management and possession of Cashmere Valley Bank, 1100 Maple Street, Wenatchee, Washington, the deposits of which were then insured by the Federal Deposit Insurance Corporation, all in violation of 18 U.S.C. § 2113(a).

INDICTMENT                                          1

NOTICE OF FORFEITURE ALLEGATIONS

The allegations set forth in this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures.

Pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c), upon conviction of an offense in violation of 18 U.S.C. § 2113(c), as set forth in this Indictment, the Defendant, CAMERON LEN GAUNT, shall forfeit to the United States of America any property, real or personal, which constitutes or is derived from proceeds traceable to such violation. The property to be forfeited includes, but is not limited to:

MONEY JUDGMENT

A sum of money in United States currency, representing the amount of proceeds obtained as a result of the bank robbery offense.

If any of the property described above, as a result of any act or omission of the defendant:

    a.    cannot be located upon the exercise of due diligence;

    b.    has been transferred or sold to, or deposited with, a third party;

    c.    has been placed beyond the jurisdiction of the court;

    d.    has been substantially diminished in value; or

    e.    has been commingled with other property which cannot be divided without difficulty,

//

//

INDICTMENT    2

the United States of America shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. § 853(p), as incorporated by 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c).

DATED: October 9, 2025.

A TRUE BILL

*[signature]*
S. Peter Serrano
United States Attorney

*[signature]*
Alison L. Gregoire
Assistant United States Attorney

INDICTMENT                3