FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 15, 2025

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br> Cameron Len Gaunt <br><br><br> Defendant. | No. 2:25-cr-00147-MKD-1 |

Received Rule 5 papers from the United States District Court, Western District of Washington.

Query   Reports   Utilities   Help   What's New   Log Out

CLOSED

# U.S. District Court
# United States District Court for the Western District of Washington (Seattle)
# CRIMINAL DOCKET FOR CASE #: 2:25-mj-00639-MAT-1

Case title: USA v. Gaunt

Date Filed: 10/14/2025

Other court case number: 2:25-cr-00147-MKD-1 Eastern District of Washington

Date Terminated: 10/14/2025

Assigned to: Hon. Mary Alice Theiler

**Defendant (1)**

| | |
|---|---|
| **Cameron Len Gaunt**<br>*TERMINATED: 10/14/2025* | represented by **Sara Brin**<br>FEDERAL PUBLIC DEFENDER'S OFFICE (SEA)<br>1601 5TH AVE<br>STE 700 WESTLAKE CENTER OFFICE TOWER<br>SEATTLE, WA 98101<br>206-553-1100<br>Email: sara_brin@fd.org<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Public Defender or Community Defender Appointment* |

| **Pending Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Opening)** | |
|---|---|
| None | |

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Terminated)** | |
|---|---|
| None | |

| **Complaints** | **Disposition** |
|---|---|
| Bank Robbery - 18:2113(a) | |

**Plaintiff**

| | |
|---|---|
| **USA** | represented by **Andrew C Friedman**<br>US ATTORNEY'S OFFICE (SEA)<br>700 STEWART ST<br>STE 5220<br>SEATTLE, WA 98101-1271<br>206-553-7970<br>Email: Andrew.Friedman@usdoj.gov<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Assistant US Attorney* |

| Date Filed | # | Docket Text |
|---|---|---|
| 10/14/2025 | 1 | CHARGING DOCUMENT RECEIVED from the Eastern District of Washington as to Cameron Len Gaunt. (TLH) (Entered: 10/15/2025) |
| 10/14/2025 |  | Arrest of Cameron Len Gaunt on 10/14/2025. (TLH) (Entered: 10/15/2025) |
| 10/14/2025 | 3 | ORDER APPOINTING FEDERAL PUBLIC DEFENDER appointing Sara Brin for Cameron Len Gaunt. On the basis of the defendant's sworn financial statement, the court finds that they are financially unable to retain counsel. It is hereby ORDERED that the Federal Public Defender for the Western District of Washington be and hereby is appointed to represent the defendant pursuant to Title 18 United States Code 3006A. Approved by Hon. Mary Alice Theiler. *(No.pdf image attached)* (TLH) (Entered: 10/15/2025) |
| 10/14/2025 | 4 | Minute Entry for proceedings held before Hon. Mary Alice Theiler- CRD: *T. Hickman*; AUSA: *Andrew Friedman*; Def Cnsl: *Sara Brin*; PTS: *Tiana Keomalu*; Court Reporter: *Digital Recording*; Time of Hearing: *2:00PM*; Courtroom: *12B*; **INITIAL APPEARANCE IN RULE 5(c)(3) PROCEEDINGS** as to Cameron Len Gaunt held on 10/14/2025. Defendant present in custody. Defendant advised of rights. Financial Affidavit reviewed. Counsel appointed. Defendant advised of charges and penalties in the Eastern District of Washington. Defendant waives Identity Hearing. Court signs Order of Transfer. The government moved for detention. The defendant waived his right to a detention hearing in this district. No detention hearing was held and the governments motion is MOOT. Defendant shall remain in custody until his first appearance in the district where charges are pending. (TLH) (Entered: 10/15/2025) |
| 10/14/2025 | 5 | MOTION for Detention by USA as to Cameron Len Gaunt. (TLH) (Entered: 10/15/2025) |
| 10/14/2025 | 6 | WAIVER OF RULE 5 HEARINGS AND ORDER OF TRANSFER to the Eastern District of Washington as to Cameron Len Gaunt by Hon. Mary Alice Theiler. (cc: PTS, USMO) (TLH) (Entered: 10/15/2025) |
| 10/14/2025 | 7 | LETTER to the Eastern District of Washington regarding Rule 5 Transfer as to defendant Cameron Len Gaunt. (TLH) (Entered: 10/15/2025) |

```
_____ FILED    _____ ENTERED
_____ LODGED   _____ RECEIVED
```

MAGISTRATE JUDGE

OCT 14 2025

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY_____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. MJ25-639 |
| Plaintiff, | Charging District's Case: 2:25-cr-00147 MKD |
| v. | WAIVER OF RULE 5(c)(3)(D) HEARING AND ORDER OF TRANSFER |
| _CAMERON LEN GAUNT_, | |
| Defendant. | |

I, _ Cameron Len Gaunt_, have appeared before a United States Magistrate Judge in the Western District of Washington, and understand there is an indictment, information, complaint, or warrant pending in another district, the Eastern District of Washington. I have been informed of the nature of the proceeding in the other district and of my rights:

(1) **Counsel:** I have the right to the effective assistance of counsel, which includes the right to:

    a. the appointment of counsel at no cost if I am unable to afford counsel; and

    b. retain counsel of choice;

(2) **Identity Hearing:** I have a right to an identity hearing to determine whether I am the person named in the indictment, information, complaint, or warrant;

(3) **Warrant Production:** I have a right to the production of the warrant, a certified copy of the warrant, or a reliable electronic copy of either;

WAIVER OF RULE 5 AND
ORDER OF TRANSFER - 1

(4) **Preliminary Hearing:** Unless an indictment is filed, I have a right to a preliminary hearing to determine whether there is probable cause to believe that an offense has been committed and that I committed the alleged offense.

(5) **Release or Detention Hearing:**

    a. <u>Personal Recognizance.</u> I may be released on my personal recognizance or unsecured bond unless a judicial officer determines that such release will not reasonably assure my appearance as required or will endanger the safety of any other person or the community;

    b. <u>Least Restrictive Conditions.</u> I may be released subject to the least restrictive additional condition or combination of conditions that the judicial officer determines are necessary to reasonably assure my appearance as required and the safety of any other person and the community; or

    c. <u>Detention Hearing.</u> If the government moves for detention, and that hearing is authorized by 18 U.S.C. § 3142(f), then I have a right to a hearing where a judicial officer will determine whether there is no condition or combination of conditions that will reasonably assure my appearance as required and the safety of any other person and the community; and

(6) **Transfer:** I may request transfer of the proceedings to this district to plead guilty and be sentenced under Fed. R. Crim. P. 20. The United States Attorneys in both districts must also approve the transfer in writing.

I agree to waive my right(s) to:

    [X] an identity hearing and production of the warrant.

    [ ] a preliminary hearing in this district. (N/A)

    [X] a detention hearing in this district.

WAIVER OF RULE 5 AND
ORDER OF TRANSFER - 2

1       I consent to the issuance of an order directing me to appear and answer in said district
2 where the charges are pending.
3       DATED this __14th__ day of __October__, 20__25__.

_____ for Jesse        _____
Defense Counsel    Cameron        Defendant

**ORDER OF TRANSFER**

Based on the foregoing Waiver, it is hereby ORDERED that the further proceedings in this case shall be conducted in the U. S. District Court for the _ Eastern District of Washington _. The Clerk of this Court shall forthwith transmit to the Clerk in said district the records of proceedings conducted in this district. Unless the defendant is released on bond, the U.S. Marshal is directed to transport defendant as promptly as possible to that district.

If released, the defendant is directed to appear in that district for further proceedings at the time and place specified on the bond, or as otherwise directed by court order.

DATED this __14__ day of __Oct__, 20__25__.

_____
UNITED STATES MAGISTRATE JUDGE

WAIVER OF RULE 5 AND
ORDER OF TRANSFER - 3



# UNITED STATES DISTRICT COURT
**WESTERN DISTRICT OF WASHINGTON**
**OFFICE OF THE CLERK**
Seattle
700 Stewart St., Suite 2310
Seattle, WA 98101
(206) 370-8400

**RAVI SUBRAMANIAN**
District Court Executive
Clerk of Court

**ERIC SMITS**
Chief Deputy Clerk

October 15, 2025

**CLERK, US DISTRICT COURT**
Washington Eastern District Court
920 West Riverside Avenue
Spokane, WA 99201

Re: Cameron Len Gaunt

Your No: 2:25-cr-00147-MKD-1
Our No: 2:25-mj-00639-MAT

Dear Clerk

Pursuant to the order transferring the above captioned case to your court per RULE 5(c)(3)(D), dated 10/14/2025, please download the documents maintained electronically by the District Court through PACER for the Western District of Washington at
**https://ecf.wawd.uscourts.gov/.**

Please acknowledge receipt of this.

Sincerely,

RAVI SUBRAMANIAN, District Court Executive

By Misha Johnson,
Deputy Clerk