# United States District Court, Eastern District of Washington
## Magistrate Judge Alexander C. Ekstrom
### Yakima

| | | |
|---|---|---|
| **USA v.  CAMERON LEN GAUNT** | **Case No.** | **2:25-CR-0147-MKD-1** |

## Arraignment/Initial Appearance on Indictment:     10/31/2025

| | |
|---|---|
| ☒ Pam Howard, Courtroom Deputy | ☒ Michael Murphy, US Atty |
| ☐ Araceli Mendoza, US Probation / Pretrial Services Officer | ☒ Juliana Van Wingerden, Defense Atty |
| ☒ Defendant present ☒ in custody USM ☐ out of custody | ☒ Interpreter **NOT REQUIRED** |
| | ☐ Defendant not present / failed to appear |

| | |
|---|---|
| ☒ USA Motion for Detention | ☒ Rights given |
| ☐ USA not seeking detention | ☒ Acknowledgment of Rights filed |
| ☒ Financial Affidavit (CJA 23) filed | ☒ Defendant received copy of charging document |
| ☒ The Court will appoint the Federal Defenders | ☐ Defendant waived reading of charging document |
| ☐ Based upon conflict with Federal Defenders, the Court will appoint a CJA Panel Attorney | ☒ Charging document reviewed in open court |
| ☐ Supplemental PRE-Trial Services Report authorized | ☐ POST Pre-Trial Services Report ordered |
| ☐ AO Advice of Penalties/Sanctions filed | |

## REMARKS

Defendant appeared and was assisted by counsel and advised of their rights and the allegations contained in the charging document.

The Defendant acknowledged to the Court that their true and correct name is: CAMERON LEN GAUNT.

"Not guilty" plea entered.

Discovery to be provided pursuant to the local rule on discovery.

**The Court ordered:**
1. Defendant shall be detained by the U. S. Marshal until further order of the Court.
2. As required by Rule 5(f), the United States is ordered to produce all information required by *Brady v. Maryland* and its progeny. Not doing so in a timely manner may result in sanctions, including exclusion of evidence, adverse jury instructions, dismissal of charges, and contempt proceedings.  Order forthcoming.

**Detention Hearing:**
***Waived by Defendant;***
**USA's Motion for Detention is *granted*.**
***Subject to right to return before the Court should circumstances change.***