UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>                     Plaintiff,<br>-vs-<br>CAMERON LEN GAUNT,<br>                     Defendant. | Case No.   2:25-CR-00147-MKD<br>                2:25-CR-00168-MKD<br>CRIMINAL MINUTES<br>DATE:   FEBRUARY 13, 2026<br>LOCATION:  SPOKANE<br><br>CHANGE OF PLEA HEARING; and INITIAL APPEARANCE ON PETITIONS AND REVOCATION OF SUPERVISED RELEASE HEARING |

| Honorable Mary K. Dimke | | |
|---|---|---|
| Cora Vargas | 03 | Crystal Gonzalez |
| **Courtroom Deputy** | **Law Clerk** | **Court Reporter** |
| Alison Gregoire | | Amy Rubin |
| **Government Counsel** | | **Defense Counsel** |

**[ X ]  Open Court**          **[   ]  Chambers**          **[   ]  Video Conference**

Defendant present in custody of the US Marshal.

Ms. Rubin confirmed that Defendant intends to admit the alleged violations in Case No. 2:25-CR-00168-MKD and enter a guilty plea in Case No. 2:25-CR-00147-MKD.

Oath administered to Defendant for admission of alleged violations and change of plea.

Ms. Rubin and Defendant indicated Defendant's true and correct name is Camron Len Gaunt.

**2:25-CR-00168-MKD**

The Court advised Defendant of his rights, and the allegations and possible penalties associated with violations 1 and 2 originally filed in the Western District of Washington.  *See* petitions filed at ECF No. 5.

Mr. Rubin waived detention and preliminary hearings.

The Court engaged Defendant in a colloquy regarding the alleged violations 1 and 2.  Defendant admitted violation numbers 1 and 2 and the Court accepted the admissions as knowing and voluntary.

Disposition/Sentencing is set for **May 27, 2026 at 9:15 a.m.** in Spokane.

**[X]  ORDER FORTHCOMING**

| Convened: 2:11 p.m. | Adjourned: 2:33 p.m. | Time: 0:22 hr. | Calendared    [X] |
|---|---|---|---|

*USA -vs- GAUNT*  
2:25-CR-00147-MKD / 2:25-CR-00168-MKD  
Change of Plea Hearing / Revocation Hearing

February 13, 2026  
Page 2

**2:25-CR-00147-MKD**

Original signed Plea Agreement provided to the Court.

Defendant confirmed his true and correct name. Defendant also confirmed and that he had previously been provided a copy of the charging document and Plea Agreement and has reviewed both documents with his attorney.

The Court advised Defendant of the possible penalties associated with the charge and rights given up by entering a guilty plea, including the right to a jury trial. The Court confirmed Defendant's understanding of the elements and facts depicted in the Plea Agreement which would need to be proven to obtain a conviction. The Court advised Defendant that he will be giving up certain rights to appeal.

Defendant entered a plea of guilty to Count 1 of the Indictment and the Court accepted his plea. The Court found Defendant to be fully competent and aware of the charge against him and that he knowingly and voluntarily entered into the Plea Agreement.

The Court ordered a Presentence Investigation Report be prepared by United States Probation and set sentencing for **May 27, 2026** at **9:15 a.m. in Spokane**.